UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-MJ-680-TOF |
| v. ) | |
| ) | April 7, 2023 |
| GARRETT SANTILLO ) | |

## WAIVER OF SPEEDY TRIAL

Garrett Santillo hereby waives those rights accorded him by the Federal Rules of Criminal Procedure, the Local Rules of this Court, and the Speedy Trial Act of 1974, 18 U.S.C. § 3161, requiring that the Court hold a preliminary hearing and then subsequent events within a set period of time following his arrest, including his right to be indicted within a period of time following any arrest. In support of this waiver, which is made until May 31, 2023, Mr. Santillo states as follows:

He is represented by and has consulted with his attorney concerning this waiver; and

He understands that by signing this document he will be giving up the rights accorded him by law, including in the Speedy Trial Act, the Federal Rules of Criminal Procedure, and the Local Rules of this Court, that afford him the right to a preliminary hearing within a time certain following his arrest or otherwise to a speedy trial.

In sum, and in so waiving these rights, Mr. Santillo does not object to a further continuance as noted forth herein and requested in any motion making reference to this waiver. Accordingly, the Court should exclude from the speedy trial calculations the period of time from his arrest until May 31, 2023, and continue his preliminary hearing until then.

_Garrett Santillo_
Garrett Santillo

_C. Willson_
Charles F. Willson

4/10/2023
Date

4/11/2023
Date